1 | LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 | LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
3 | CHICO, CA 95926
Telephone: (530) 895-3252
4 | Fax: (530) 894-8244

5 | Attorneys for Plaintiff
JAMES SANFORD
6

7 | HENRY WIRTA, SBN 110097
HARRINGTON FOXX DUBROW & CANTER
650 California Street
8 | San Francisco, CA 94108
Telephone: (415) 288-6600
9 | Facsimile: (415) 288-6618

10 | Attorneys for Defendant
DENNY'S, INC. DBA DENNY'S # 2156
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES SANFORD, | Case No. CIV. S 04-1770 LKK CMK |
|---|---|
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| DENNY'S, INC. DBA DENNY'S #2156; and DOES 1 through 10, | |
| Defendants. | |

1    TO THE COURT AND ALL PARTIES:

2    Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford,
3    and defendant, Denny's, Inc. dba Denny's #2156, the parties hereby request that all parties
4    be dismissed with prejudice from the above-entitled action.

5    Dated: September 8, 2005             LAW OFFICES OF LYNN HUBBARD, III

7                                         /s/ Scottlynn J. Hubbard, IV
                                          SCOTTLYNN J HUBBARD, IV
8                                         Attorneys for Plaintiff

9
10   Dated: September 7, 2005             HARRINGTON FOXX DUBROW & CANTER

12                                        Signature On File
                                          HENRY WIRTA, ESQ.
13                                        Attorneys for Defendant Denny's, Inc. dba
                                          Denny's #2156

16                                    **ORDER**

17   IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-
18   1770 LKK CMK is hereby dismissed with prejudice.

20   Dated:  September 14, 2005.         /s/Lawrence K. Karlton
                                          Lawrence K. Karlton
21                                        Senior Judge